OPINION — AG — A PRISONER SENTENCED TO A TERM OF JAIL AND ALSO TO A FINE AND COSTS, MUST SERVE OUT HIS JAIL SENTENCE BEFORE THIS " SIX MONTHS " WILL BEGIN TO RUN. THE TWO JUSTICES, HOWEVER, MUST FIND THAT HE HAS NOT AT ANY TIME SINCE HIS " CONVICTION " HAD " ANY ESTATE, REAL OR PERSONAL, WITH WHICH HE COULD HAVE PAID THE SUM FOR WHICH HE WAS COMMITTED " BEFORE THEY CAN MAKE THE NECESSARY CERTIFICATE AND DIRECTION TO THE SHERIFF. CITE: 57 O.S. 1961 15 [57-15] (SAM LATTIMORE)